# manatt

**APPLICATION DENIED**
**SO ORDERED**
**VERNON S. BRODERICK**
**U.S.D.J.**

Because Defendant filed its reply brief on May 13, 2024, its motion for an extension of time is DENIED as moot. To the extent that Defendant intends to renew its request to stay discovery, it shall do so by no later than May 23, 2024. The Clerk of Court is respectfully directed to terminate the motions pending at Docs. 21 and 27.

Dated: May 15, 2024

May 6, 2024

**VIA ECF**

Honorable Vernon S. Broderick, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *Ventura, et al. v. H &M Hennes & Mauritz L.P.*
            *Case No. 1:23-cv-02115-VSB*

Dear Judge Broderick:

      We represent Defendant H&M Hennes & Mauritz L.P. in the above-referenced action. We write pursuant to Rule 1.G of Your Honor's Individual Rules and Practices in Civil Cases to respectfully request additional time to reply to Plaintiff's Opposition to Defendant's Motion to Dismiss (ECF No. 26), which is currently due on May 13, 2024. Plaintiff consents to this request and has agreed to extend Defendant's reply date to May 31, 2024. This is Defendant's first request for an extension of time to file a reply to Plaintiff's Opposition. The Court previously granted Plaintiff two extensions of time to file an opposition to Defendant's motion. (ECF No. 22, 25.) The reason for the instant request is because of the numerous legal arguments raised in Plaintiff's Opposition and the conflicting travel schedules of defense counsel.

      The Court's consideration is greatly appreciated.

                            Respectfully,

                            Matthew F. Bruno

cc:    Counsel of Record (*via* ECF)