**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
VICTORIA VENTURA, individually and
on behalf of all others similarly situated,

                Plaintiff,

-against-                          23 **CIVIL** 2115 (LTS)

## JUDGMENT

H & M HENNES & MAURITZ L.P.,

                Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Order dated March 24, 2025, H&M's Motion is granted. Judgment is entered dismissing the Complaint without prejudice and the case is closed.

**Dated:** New York, New York

     March 25, 2025

                                              **TAMMI M HELLWIG**
                                              **Clerk of Court**

**BY:**

                                              **Deputy Clerk**